**David William LINDER, Plaintiff—Appellant,**

v.

**Jerome B. FRIEDMAN, Individually and in his official capacity, Defendant—Appellee.**

**No. 08–6253.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 1, 2008.

David William Linder, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Linder appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Linder's civil rights complaint, filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Linder v. Friedman,* No. 3:07–cv–00292–RLW, 2008 WL 80228 (E.D.Va. Jan. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*